The Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RICHARD NELSON, | |
| Plaintiff, | No. 08-5276JKA |
| vs. | STIPULATION AND ORDER FOR ATTENDANCE AT INDEPENDENT MEDICAL EXAMINATION |
| BNSF RAILWAY COMPANY, a Delaware Corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that plaintiff Richard Nelson will present himself for examination by James Russo, MD, Orthopedic Surgery, at the following date, time, and location:

DATE: **March 18, 2009**

TIME: **1:30 p.m.**

PLACE: **Machaon Medical Evaluations, Inc.**
**801 Broadway, Suite 912**
**Seattle, Washington 98122**
**(206) 323-1999**

STIPULATION AND ORDER FOR ATTENDANCE
AT INDEPENDENT MEDICAL EXAMINATION - 1

**MONTGOMERY SCARP MACDOUGALL, PLLC**
1218 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

| | |
|---|---|
| Dated: March 5, 2009 | Dated: March 5, 2009 |
| s/Keith Ekstrom<br>Keith Ekstrom<br>Fredric A. Bremseth<br>Bremseth Law Firm, P.C.<br>601 Carlson Parkway, Suite 995<br>Minnetonka, Minnesota 55305 | s/Tom Montgomery<br>Tom Montgomery<br>Kelsey E. Endres<br>Montgomery Scarp MacDougall, PLLC<br>1218 3rd Ave, Ste 2700<br>Seattle, WA 98101-3237 |

## ORDER FOR CR 35 EXAMINATION

BASED UPON the foregoing Stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED that plaintiff Richard Nelson will attend the scheduled March 18, 2009, medical examination with James Russo, M.D. as detailed in the above stipulation.

DATED this 12th day of March, 2009.

*/s/ J. Kelley Arnold*
Honorable J. Kelley Arnold
United States Magistrate Judge

Presented by:

| | |
|---|---|
| Dated: March 5, 2009 | Dated: March 5, 2009 |
| s/Keith Ekstrom<br>Keith Ekstrom<br>Fredric A. Bremseth<br>Bremseth Law Firm, P.C.<br>601 Carlson Parkway, Suite 995<br>Minnetonka, Minnesota 55305 | s/Tom Montgomery<br>Tom Montgomery<br>Kelsey E. Endres<br>Montgomery Scarp MacDougall, PLLC<br>1218 3rd Ave, Ste 2700<br>Seattle, WA 98101-3237 |

STIPULATION AND ORDER FOR ATTENDANCE
AT INDEPENDENT MEDICAL EXAMINATION - 2

**MONTGOMERY SCARP MACDOUGALL, PLLC**
1218 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807