TOM MONTGOMERY, WSBA NO. 19998
KELSEY ENDRES, WSBA NO. 39409
MONTGOMERY SCARP MACDOUGALL, PLLC
1218 3rd Ave., Ste. 2700
Seattle, WA 98101
Attorneys for Defendant BNSF RAILWAY COMPANY

**The Honorable J. Kelley Arnold**

FREDRIC BREMSETH
Bremseth Law Firm, P.C.
601 Carlson Parkway, Suite 995
Minnetonka, Minnesota 55305
Attorney for Plaintiff RICHARD NELSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RICHARD NELSON, <br> Plaintiff, <br> vs. <br> BNSF RAILWAY COMPANY, a Delaware Corporation, <br> Defendant. | **Case No. 08-5276JKA** <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF FOR DEPOSITION OF DR. LAWRENCE HOLLAND** <br><br> NOTE ON MOTION CALENDAR: <br> April 9, 2009 |

## STIPULATION

COME NOW plaintiff Richard Nelson and defendant BNSF Railway Company by and through their respective counsel of record and do hereby stipulate as follows: The deadline for discovery cut-off should be extended from April 30, 2009 to May 5, 2009 for the sole and limited purpose of the taking of the deposition of plaintiff's treating physician Dr. Lawrence

**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF FOR DEPOSITION OF DR. LAWRENCE HOLLAND** - 1

1 | Holland.  Dr. Holland's deposition is scheduled to take place on May 5, 2009, at 7:00 a.m., the
2 | earliest date and time available to both Dr. Holland and defendant's counsel.

DATED this 9th day of April, 2009.

>By __/s/ Kelsey Endres_____
>    Tom Montgomery, WSBA No. 19998
>    Kelsey Endres, WSBA No. 39409
>    1218 Third Ave., Ste. 2700
>    Seattle, WA 08101
>    Telephone: (206) 625-1801
>    Facsimile: (206) 625-1807
> Attorneys for Defendant BNSF RAILWAY COMPANY

>                -and-

>By__/s/ Fredric Bremseth_____
>    FREDRIC BREMSETH
>    Bremseth Law Firm, P.C.
>    601 Carlson Parkway, Suite 995
>    Minnetonka, Minnesota 55305
> Attorney for Plaintiff RICHARD NELSON

**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF FOR DEPOSITION OF DR. LAWRENCE HOLLAND** - 2

**Montgomery Scarp MacDougall, PLLC**
1218 Third Avenue, Suite 2700
Seattle, WA 98101
TEL: 206-625-1801

# ORDER

THIS MATTER comes before the Court by stipulation of the parties requesting an extension of the discovery deadline for the sole and limited purpose of taking the deposition of Dr. Lawrence Holland.

IT IS HEREBY ORDERED that the deadline for taking the deposition of Dr. Lawrence Holland be extended through May 5, 2009.

DATED this 20th day of April, 2009.

*/s/ J. Kelley Arnold*
Honorable J. Kelley Arnold
United States Magistrate Judge

Presented by:

By __/s/ Kelsey Endres_____
Tom Montgomery, WSBA No. 19998
Kelsey Endres, WSBA No. 39409
1218 Third Ave., Ste. 2700
Seattle, WA 08101
Telephone: (206) 625-1801
Facsimile: (206) 625-1807
Attorneys for Defendant BNSF RAILWAY COMPANY

-and-

By__/s/ Fredric Bremseth_____
FREDRIC BREMSETH
Bremseth Law Firm, P.C.
601 Carlson Parkway, Suite 995
Minnetonka, Minnesota 55305
Attorney for Plaintiff RICHARD NELSON

**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF FOR DEPOSITION OF DR. LAWRENCE HOLLAND** - 3