The Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RICHARD NELSON, | |
| Plaintiff, | No. C08-5276JKA |
| vs. | STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| BNSF RAILWAY COMPANY, a Delaware Corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED that the above-entitled matter be dismissed without prejudice and without costs to either party.

Dated: April 24, 2009                                     Dated: April 24, 2009

 s/Keith Ekstrom                                            s/Tom Montgomery
Keith Ekstrom                                              Tom Montgomery
Fredric A. Bremseth                                        Kelsey E. Endres
Bremseth Law Firm, P.C.                                    Montgomery Scarp MacDougall, PLLC
601 Carlson Parkway, Suite 995                             1218 3rd Ave, Ste 2700
Minnetonka, Minnesota 55305                                Seattle, WA 98101-3237

STIPULATION AND ORDER FOR
DISMISSAL WITHOUT PREJUDICE - 1

| | |
|---|---|
| 1 | **ORDER OF DISMISSAL** |
| 2 | Upon stipulation of all parties involved, it is hereby **ORDERED, ADJUDGED AND** |
| 3 | **DECREED** that the above-referenced lawsuit is hereby dismissed without prejudice and |
| 4 | without costs to either party. |
| 5 | |
| 6 | ENTERED this 27th day of April, 2009. |
| 7 | |
| 8 | /s/ *J. Kelley Arnold* |
| 9 | Honorable J. Kelley Arnold<br>United States Magistrate Judge |

Presented by:

s/Keith Ekstrom  
Keith Ekstrom  
Fredric A. Bremseth  
Bremseth Law Firm, P.C.  
601 Carlson Parkway, Suite 995  
Minnetonka, Minnesota 55305  

s/Tom Montgomery  
Tom Montgomery  
Kelsey E. Endres  
Montgomery Scarp MacDougall, PLLC  
1218 3rd Ave, Ste 2700  
Seattle, WA 98101-3237  

STIPULATION AND ORDER FOR
DISMISSAL WITHOUT PREJUDICE - 2

**MONTGOMERY SCARP MACDOUGALL, PLLC**
1218 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807